# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00333(1)-ADA |
| | § | |
| (1) BILLY NATHAN TOVAR | § | |

### ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 9, 2025, wherein the defendant (1) BILLY NATHAN TOVAR waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) BILLY NATHAN TOVAR to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) BILLY NATHAN TOVAR's plea of guilty to Count One (1) is accepted.

    Signed this 24th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE